313 F.2d 631
 COMMISSIONER OF INTERNAL REVENUE
v.
Jeanette Ord SAGER.
COMMISSIONER OF INTERNAL REVENUE
v.
M.C. and Marjorie O. KAAN.
COMMISSIONER OF INTERNAL REVENUE
v.
Harry C. and Anne Beasley SAGER.
COMMISSIONER OF INTERNAL REVENUE
v.
Ray and Gertrude CHAMBERLAIN.
 Nos. 7227-7230.
 United States Court of Appeals Tenth Circuit.
 Feb. 13, 1963.
 
 Petitions to review decisions of the Tax Court of the United States.
 Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson, Atty., Tax Division, Dept. of Justice, Washington, D.C., for petitioner.
 Frank M. Cavanaugh, Denver, Colo., for respondents.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Petitions to review dismissed February 13, 1963, on motion of petitioner.